Jesus **RANGEL–REYNEL,** Petitioner,

v.

Eric H. **HOLDER,** Jr., Attorney General, Respondent.

No. 08–74026.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Jan. 6, 2012.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Jesus Rangel–Reynel, Portland, OR, pro se.

OIL, Annette Marie Wietecha, Trial, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Jesus Rangel–Reynel, a native and citizen of Mexico, petitions pro se for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252. We

** This disposition is not appropriate for publication and is not precedent except as provid-

review de novo questions of law, *Perez–Mejia v. Holder,* 663 F.3d 403, 408–09 (9th Cir.2011), and we deny the petition for review.

Rangel–Reynel's challenge to his removability under 8 U.S.C. § 1227(a)(2)(A)(iii) for having been convicted of an aggravated felony fails because he is bound by his attorney's concession of removability during the pleading stage. *See Perez–Mejia,* 663 F.3d at 409–17.

We grant Rangel–Reynel's motion to accept his late-filed reply brief.

**PETITION FOR REVIEW DENIED.**